IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN F. KOMOSA, JR., ) | |
| ) | |
| Plaintiff, ) | 2:17-cv-00161 |
| ) | |
| v. ) | Judge Mark R. Hornak |
| ) | |
| U.S. POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JUDGMENT ORDER**

AND NOW, this 11th day of July, 2017, it is hereby ORDERED that for the reasons set forth in the Court's Memorandum Order of this date, the Defendant's Motion to Dismiss [ECF No. 10] is GRANTED, and judgment is entered in favor of Defendant and against Plaintiff. The Clerk will close the case.

Mark R. Hornak
United States District Judge

cc:   All counsel of record